1910.) Action by Louisa B. White against Henry White. No opinion. Motion to dismiss appeal denied, with $10 costs. Order filed. See, also, 123 N. Y. Supp. 1082.

In re WHITING. (Supreme Court, Appellant Division, First Department. June 24, 1910.) In the matter of Charles B. Whiting, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re WIESE. (Supreme Court, Appellate Division, Second Department. June 24, 1910.) In the matter of the application of Hugo Wiese, as committee, etc., of Susie Wiese, etc., an incompetent, to withdraw certain moneys from the city. chamberlain, under section 1441 of the Greater New York charter (Laws 1901, c. 466). No opinion. Motion granted, without costs, and order signed.

WILCOX, Respondent, v. HUDSON VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 30, 1910.) Action by John C. Wilcox, an infant, by Betsey Wilcox, his guardian ad litem, against the Hudson Valley Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

WILLETS, Respondent, v. HEISTAD et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 24, 1910.) Action by Mary J. Willets against Henry E. Heistad and Albert Firman, as executors, etc., of Minnie C. Nugent, deceased.

PER CURIAM. Judgment and order reversed, and new trial granted, costs to abide the event, because of error in the admission of evidence, as shown on pages 36 and 37 of the record, and of error in the charge of the trial court, as shown on page 47 of the record.

WM. LEFI & CO., Inc., Respondent, v. LEFI et al., Appellants. (Supreme Court, Appellate Division, Third Department. September 30, 1910.) Action by Wm. Lefi & Co., Incorporated, against William Lefi and another. No opinion. Motion granted by default.

WILLOUGHBY, Respondent, v. PATTEN, Appellant. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by Charles G. Willoughby against Dana A. Patten.

PER CURIAM. Orders of the County Court of Kings county reversed, with $10 costs and disbursements, upon the ground that they are improperly based in part upon conduct during examination subsequent to the motion, that such conduct does not justify the punishment, and that the evidence that the creditor's rights and remedies were prejudiced does not warrant the fine imposed. See, also, 122 N. Y. Supp. 1150.

WINSTON, Respondent, v. AKTIENGESELLSCHAFT, A. B. HEINE & CO., Appellant. (Supreme Court, Appellate Division, First Department. July 7, 1910.) · Action by Walker Winston against the Aktiengesellschaft, A. B. Heine & Co. C. E. Rushmore, for appellant. N. E. Elsberg, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

WIRT v. REID. (Supreme Court, Appellate Division, First Department. July 7, 1910.) Action by John D. Wirt against Daniel G. Reid. No opinion. Motion granted. Question certified. Order filed. See, also, 123 N. Y. Supp. 706.

WIRTH, Respondent, v. COHEN, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by Henry J. Wirth against Moses Cohen. No opinion. Motions denied, with costs, and stay vacated. See, also, 123 N. Y. Supp. 1150.

WITKOP & HOLMES CO., Respondent, v. BOYCE, Appellant. (Supreme Court, Appellate Division, Fourth Department. July 12, 1910.) Action by the Witkop & Holmes Company against Eldridge Boyce, an infant, etc. No opinion. Appeal dismissed, without costs, on stipulation filed. See, also, 118 N. Y. Supp. 461.

WOOD, Appellant, v. FISH, Respondent. (Supreme Court, Appellate Division, Second Department. July 29, 1910.) Action by John J. Wood against James Fish. No opinion. Motion to resettle order denied, with costs. See, also, 123 N. Y. Supp. 1150.

In re WRIGHT. (Supreme Court, Appellate Division, First Department. June 24, 1910.) In the matter of Margaret M. Wright. No opinion. Motion denied, with $10 costs. Order filed.

WRIGHT, Respondent, v. ALESSI et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 5, 1910.) Action by Reuben W. Wright against Modesto Alessi and others. No opinion. Appeal dismissed, without costs, upon stipulation filed.

WURM, Respondent, v. VERNON et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 29, 1910.) Action by Alexius Wurm against Frederick R. Vernon and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

WYCKOFF, Appellant, v. CITY OF ITHACA, Respondent. (Supreme Court, Appellate Division, Third Department. June 29, 1910.) Action by Edward G. Wyckoff, as receiver of the Ithaca Wall Paper Mills, against the City of Ithaca. No opinion. Judgment unanimously affirmed, with costs.

In re WYNKOOP. (Supreme Court, Appellate Division, First Department. June 24,